**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF NEW MEXICO; NEW MEXICO HIGHER EDUCATION DEPARTMENT; and STEPHANIE RODRIGUEZ, in her official capacity as Secretary of New Mexico Higher Education Department,

Defendants.

No. 26-cv-2827 LF/SCY

**ORDER**

Upon consideration of the Plaintiff United States of America and Defendants State of New Mexico, New Mexico Higher Education Department, and Stephanie Rodriguez, in her official capacity as Secretary of New Mexico Higher Education Department's joint motion for entry of a proposed briefing schedule and increased page limits (Doc. 8), it is hereby **ORDERED** that the parties' joint motion is **GRANTED** and an Order is **ENTERED** as follows:

1. Defendants' deadline to file a motion to dismiss is **October 27, 2026**. The page limit for the memorandum in support of Defendants' motion to dismiss is **27 pages**.
2. Plaintiff's deadline to file an opposition to the motion to dismiss and cross-motion for summary judgment is **November 17**. The page limit for the memorandum in support of Plaintiff's opposition and cross-motion for summary judgment is **30 pages**.

3. Defendants' deadline to file an opposition to the motion for summary judgment and reply in support of its motion to dismiss is **December 8, 2026**. The page limit for Defendants' opposition and reply is **27 pages**.
4. Plaintiff's deadline to file a reply in support of its motion for summary judgment is **December 22, 2026**. The page limit for Plaintiff's reply is **14 pages**.

DATED: October 6, 2026.

STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE